1. MALINKA MOYE
   40. 42. ARSON STREET
2. SAN FRANCISCO CALIFORNIA 94118
   1415-608-1518
3. IN PER PRO
4.
5.
6.
7.
8.　　　　　　　　　　　　UNITED STATES DISTRICT COURT
9.　　　　　　　　　　　　NORTHERN DISTRICT OF CALIFORNIA
10.
11. MALINKA MOYE.　　　　　　　　　　　)　　CV  08   CASE NO. 2055
　　　　　　　　　　Plaintiff,　　　　　　　　)
12.　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
13.　　　vs.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)　　COMPLAINT   MEJ
14. JACK CHEW　　　　　　　　　　　　　)
　　　　　　　　　　Defendant,　　　　　　　)
15.　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)　　DATE:
16.　　　　　　　　.　　　　　　　　　　　　)　　TIME:
　　　　　　　　　　　　　　　　　　　　　)　　COURTROOM:
17..　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
18._____)

19.

20.　　　　Plaintiff MALINKA MOYE alleges:

21.　　　　1. Plaintiff is & was at all times mentioned herein a citizen of the State of California.

22.　　　　2. JURISDICTIONAL ALLEGATION, RACKETERING INFLUENCED CORRUPT ORGANIZATION.

23.　　FRAUD.　JACK CHEW isn't a corporation incorporated under the laws of the State of California

24.　　having its principal place of business in the State of California.

26.　　JACK CHEW isn't a corporation incorporated under the laws of the State of California having its principal place

27.　　of business in the State of California.

28.



1.                       UNITED STATES DISTRICT COURT

2.                     NORTHERN DISTRICT OF CALIFRONIA

3.

4.         The jurisdiction of this Court over the subject matter of this action is predicated on 28 USC 1332.

5. The amount in controversy exceeds $75,000.00, exclusive of interest & costs.

6.         3. All defendants reside in this district.

7.         4.    RICO ACT. FRAUD

8.

9.         5. WHEREFORE, Plaintiff prays for judgement against defendants. NATE THUROND dba BIG NATE'S

10. BARBEQUE as follows:   Damages in the sum of $ 20,000.00

11.

12.

13.

14.

15.

16.

17.

18. DATED: April 18, 2008

                                                    MALINKA MOYE.

19.

20.

21.

22.

23.

24.

25.

26.

27.

28.                                                                                                                 2.