RECEIVED
2008 APR 17 P 4: 11
RICHARD W. WIEKING, CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

FILED
08 APR 21 PM 1:25

Clear Form

MEJ

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

M. Mofel,

Plaintiff,

vs.

Jade Chen

Defendant.

CASE NO. 08 2055

**APPLICATION TO PROCEED IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, M. Mofel, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes X   No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: League Minimum   Net: 750,000.00

Employer: Free Agent Attela Political Fundraise Lobbyist

28  If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

2  _Christopher Kelen Mole 6_

3

4  5.  Do you own or are you buying a home?  Yes ___ No _X_

5  Estimated Market Value: $ _N/A_  Amount of Mortgage: $ _N/A_

6  6.  Do you own an automobile?  Yes ___ No ___

7  Make _Chev_  Year _1984_  Model _Vette_

8  Is it financed? Yes ___ No _X_ If so, Total due: $ _____

9  Monthly Payment: $ _N/A_

10 7.  Do you have a bank account?  Yes ___ No ___ (Do not include account numbers.)

11 Name(s) and address(es) of bank: _Washington Mutual_

12

13 Present balance(s):  $ _0.00_

14 Do you own any cash?  Yes ___ No _X_ Amount: $ _____

15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16 market value.)  Yes ___ No _X_

17

18 8.  What are your monthly expenses?

19 Rent: $ _0_  Utilities: _0_

20 Food: $ _300.00_  Clothing: _0_

21 Charge Accounts:

22 Name of Account          Monthly Payment          Total Owed on This Account

23                          $                         $

24 _N/A_                    $                         $

25                          $                         $

26 9.  Do you have any other debts? (List current obligations, indicating amounts and to whom

27 they are payable. Do not include account numbers.)

28

- 3 -

1 | _____U.S. Dept of Ed_____
2 | 10.   Does the complaint which you are seeking to file raise claims that have been presented in
3 | other lawsuits?   Yes ✗   No ___
4 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5 | which they were filed.
6 | 448620   454297   447164   450461
7 | 445948   433676   445235   450503
8 | I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9 | false statement herein may result in the dismissal of my claims.
10 |
11 | ___4/17/08___         ___M. Wolfel___
12 |    DATE                SIGNATURE OF APPLICANT

- 4 -