1. MALINKA MOYE
   40. 42 PARSONS STREET
2. SAN FRANCISCO CALIFORNIA 94118
   1415-608-1518
3. IN PER PRO.
4.
5.
6.                    UNITED STATES DISTRICT COURT
7.                    NORTHERN DISTRICT OF CALIFORNIA
8.
9.
10.                                              CASE NO. CV 08 2055

11. MALINKA MOYE.                    )    NOTICE OF MOTION AND ADMIN-
              Plaintiff,              )    ISTRATIVE MOTION TO CONSIDER
12.                                   )    WHETHER CASES SHOULD BE REL-
                                      )    LATED PURSUANT TO CIVIL L.R.
13.    vs.                            )    7-11. JUDGMENT. ATTORNEY
                                      )    GENERAL TO FILE CHARGES
14. JACK CHEW    .                    )    MEMORANDUM OF POINTS &
              Defendant,              )    AUTHORITIES. DECLARATION.
15.                                   )
                                      )    DATE:
16. _____     )     TIME:
                                           COURTROOM:
17.      TO DEFENDANT AND ITS ATTORNEYS OF RECORD:  JACK CHEW

18.      NOTICE IS HEREBY GIVEN that on          , AT 9:00am, or as soon as thereafter as counsel

19. may be heard by the above entitled Court, located at 450 Golden Gate in the court room of Judge _____, plaintiff

20. will and hereby does move the court for judgement. Attorney General to file criminal charges against defendant.

21.   This motion is brought on the following grounds. RICO ACT. RACKETEERING INFLUENCED & CORRUPT ORG.

22.  Defendant lied to plaintiff. Defendant set plaintiff up for police. Intentioanlly failed to respond to any legal notices.

23.  Served by San Francisco Sheriff Department. Defendant employed plaintiff for 17 months. Refused to play wages.

24.  Threaten plaintiff for making report to EDD. Defendant has prior cases of fraud. Defendant embezzled from Plaintiff's

25.  organization, T.D.S.C motion is based on Notice of motion & administrative motion to consider related cases pursuant to L.R. 7-11

26.  CGC-04-433676. CGC-06-453938Defendant Memorandum of Points & Authoroties, declaration of Malinka Moye, pleadings

27.  & papers on file herein, & upon such other matters as may be presented

28.  to court at time of hearing                                                                                    1.

1. UNITED STATES DISTRICT COURT
2. NORTHERN DISTRICT OF CALIFORNIA
3.
4.
5. MEMMORANDUM OF POINTS AND AUTHORITIES
6.
7.
8.
9. RACKETEERING INFLUENCED & CORRUPPT ORGANIZATION
10.
11.
12.
13.
14. DECLARATION
15. I Malinka Moye plaintiff in the above-entitled actions. Declare that the foregoing is true and correct to the best of
16. my knowledge under the law of the State of California.
17.
18.
19.
20.
21.
22.
23. DATED: APRIL 17, 2008                                                     _____
24.                                                                                              MALINKA MOYE
25.
26.
27.
28.                                                                                                                          2.